IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EGHOSA OBARETIN,<br>A#062034677, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:20-cv-2805-E-BN |
| WILLIAM BARR, ET AL., | § § § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DISMISSES the conditions-of-confinement claims included in Petitioner Eghosa Obaretin's habeas petition for lack of subject matter jurisdiction and DENIES his Emergency Motion for Temporary Restraining Order and Temporary Release in Response to the COVID-19 Pandemic [Dkt. No. 4].

This case shall remain referred to the Magistrate Judge for further pretrial

management.

    SO ORDERED this 28th day of September, 2020.

 

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE